

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-16-2009

# In Re: Hydrogen

Precedential or Non-Precedential: Precedential

Docket No. 07-1689

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"In Re: Hydrogen " (2009). 2009 Decisions. Paper 1958.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1958

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 07-1689

———————

IN RE: HYDROGEN PEROXIDE ANTITRUST LITIGATION

Arkema Inc., Arkema France S.A.,
FMC Corp., Kemira Chemicals
Canada, Inc., Kemira OYJ,

Appellants

———————

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
D.C. Civil Action No. 05-cv-0666
and MDL No. 1682
(Honorable Stewart Dalzell)

———————

Argued April 17, 2008

Before: SCIRICA, *Chief Judge*, AMBRO and FISHER, *Circuit Judges*.

**ORDER AMENDING OPINION**

IT IS HEREBY ORDERED that the precedential opinion in the above-captioned case, filed December 30, 2008, be amended as follows:

Page 2: Insert the names
JOSEPH A. TATE, ESQUIRE
CHRISTINE C. LEVIN, ESQUIRE
after MICHAEL I. FRANKEL, ESQUIRE and before Dechert LLP

Page 54, lines 6 through 8, which read:

> requirements is essential. *Newton*, 259 F.3d at 167 (quoting *Falcon*, 457 U.S. at 160) *Falcon*, 457 U.S. at 160; *Newton*, 259 F.3d at 167. Applying a presumption of impact based solely on

shall read:

> requirements is essential. *Newton*, 259 F.3d at 167 (quoting *Falcon*, 457 U.S. at 160). Applying a presumption of impact based solely on

BY THE COURT,


/s/ Anthony J. Scirica
*Chief Judge*

DATED: January 16, 2009
CMD/cc: All Counsel of Record